NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul N. Philips, Esq., SBN 187928
LAW OFFICES OF PAUL N. PHILIPS, APLC
468 North Camden Drive, Suite 200
Beverly Hills, California 90210
Tel.: (323) 813-1126

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff Michael Stokes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

Universal Music Group, Inc., et al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Michael Stokes_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Michael Stokes a/k/a Mike Stokes a/k/a Michael Stokes d/b/a Willow Girl Music a/k/a Michael Stokes d/b/a/ Skytower Music | 1. Plaintiff |
| 2. Universal Music Group, Inc. | 2. Defendant |
| 3. Universal Music Distribution | 3. Defendant |
| 4. UMG Recordings, Inc. | 4. Defendant |
| 5. Concord Music Group, Inc. | 5. Defendant |
| 6. Concord Music Publishing | 6. Defendant |
| 7. Craft Recordings | 7. Defendant |
| 8. The Bicycle Music Company, Inc. | 8. Defendant |
| 9. Bike Music | 9. Defendant |

(Additional Parties Identified on Attachment "1")

January 14, 2020
Date

[Signature]
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Michael Stokes