AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00370-CJC (MRWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kobalt Music Services America, Inc
was received by me on *(date)*   01/30/2020   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Kevin Bautista, Auth. Agent for Registered Agent   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company
at 12:30 PM    on *(date)*   01/31/2020   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $   20.00   for travel and $ _____ for services, for a total of $   20.00   .

I declare under penalty of perjury that this information is true.

Date:   01/31/2020

*Server's signature*

Jenice Rossner, Registered Process
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816
Sacramento County  Registration Number 1998-02
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED:
Summons; Addendum #1 to Summons; Addendum #2 to Summons; Civil Case Cover Sheet
Complaint; Exhibit A; Attachement #1 to Notice of Interested parties; Notice of Assignment to Untied States Judges;
Notice to Parties of Court -Directed ADR Program; Report on the Filing or Determination of An Action or Appeal
Regarding Copyright; Attachment #1 to Report Re: Copyrights; Attachment #2 to report re: Copyrights